Case 07-20125 Filed 05/24/07 Doc 58



FILED

MAY 24 2007

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re ) Case No. 07-20125-C-7
)
TRAVIS R. ALLRED and ) MC No. PJK-1
WENDY L. ALLRED )
)
)
Debtors. )
_____)

**FINDING OF FACT AND CONCLUSIONS OF LAW ON MOTION FOR RELIEF FROM AUTOMATIC STAY NOT INTENDED FOR PUBLICATION**

These findings of fact and conclusions of law, which are not intended for publication, are rendered in this contested matter pursuant to Federal Rule of Civil Procedure 52 as incorporated by Federal Rules of Bankruptcy Procedure 7052 and 9014.

Jurisdiction

Jurisdiction is founded upon 28 U.S.C. § 1334. This is a core proceeding. 28 U.S.C. § 157(b)(2)(G).

Findings of Fact

On January 5, 2007, creditors Tad and Ania Korzeniewski ("creditors") filed a complaint against the debtors in El

Dorado County Superior Court for defective construction work to their real property, fraud, negligence, and financial elder abuse (<u>Korzeniewski v. Allred, et al.</u>, Case No. PC 20070008) ("State Court Action"). Debtors are covered by an insurance policy issued by SUA Insurance Company ("insurance company"). Debtors filed their voluntary chapter 7 petition on January 8, 2007. On April 16, 2007, creditors filed a motion for an order terminating the automatic stay so as to pursue to judgment their claims against the debtors. Judgment is required by law before creditors can pursue debtor's insurance company. Upon receiving judgment, creditors will then pursue only the insurance company for recovery and not from the debtors or their remaining assets, unless an action for non-dischargeability is filed in the Bankruptcy Court and pursued to judgment.

No opposition to the motion was filed within the time prescribed by Local Bankruptcy Rule 9014-1(f)(1). The parties have consented to taking evidence by affidavit and have not demonstrated that there is any disputed material factual issue. <u>See</u> L. Bankr. R. 9014-1(f)(1). The evidentiary record is closed. <u>Id.</u>

Upon review of the record, the court determined that the written record was adequate and that no oral argument is necessary.

## Conclusions of Law

The automatic stay of acts against debtor <u>in personam</u> expires when the debtor is granted a discharge. 11 U.S.C.

§ 362(c)(2)(C). Acts against property of the estate remain stayed until the earliest of the time when the bankruptcy case is closed, dismissed, or the property ceases to be property of the estate. 11 U.S.C. § 362(c). The automatic stay may be terminated earlier if debtor fails to protect the secured party's interest adequately, § 362(d)(1), and, with respect to a stay of an act against property, debtor does not have equity in the property, § 362(d)(2)(A), and the property is not necessary to an effective reorganization. 11 U.S.C. § 362(d)(2)(B). The issue of whether the property is necessary to an effective reorganization is not considered in a chapter 7 case because no reorganization is contemplated in a chapter 7 case.

The motion for relief from automatic stay will be granted to allow creditors to pursue the State Court Action entitled <u>Korzeniewski v. Allred, et al.</u>, No. PC20070008, to judgment on the condition that the judgment will not be enforced against the debtors or their assets, except for the debtors' insurance policy.

An appropriate order will issue.

Dated: May 24, 2007

_____
UNITED STATES BANKRUPTCY JUDGE

## CERTIFICATE OF SERVICE

On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

Travis R. Allred
Wendy L. Allred
6120 Hilltree Avenue
Citrus Heights, CA 95621

Darrel C. Rumley
3017 Douglas Blvd., #300
Roseville, CA 95661

Patric J. Kelly
Adleson, Hess & Kelly
A Professional Corporation
577 Salmar Avenue, Second Floor
Campbell, CA 95008

Susan K. Smith
7485 Rush River Drive, Suite 710
Sacramento, CA 95831

Office of the United States Trustee
United States Courthouse
501 "I" Street, Suite 7-500
Sacramento, CA 95814

Dated: 5/25/07

_____
Deputy Clerk